NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANS VIDEO ELECTRONICS, LTD.,**
*Plaintiff-Appellant,*

**v.**

**SONY ELECTRONICS INC., SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT INC., and SONY CORPORATION,**
*Defendants-Appellees.*

---

2012-1110, -1134

---

Appeals from the United States District Court for the Northern District of California in No. 09-CV-3304, Judge Edward M. Chen.

---

**JUDGMENT**

---

JOHN F. SWEENEY, Locke Lord LLP, of New York, New York, argued for the plaintiff-appellant. With him on the brief were ZACHARY D. SILBERSHER and JOSEPH A. FARCO. Of counsel was RENE A. VAZQUEZ, Sinergia Technology Law Group, PLLC, of Marlborough, Connecticut.

WALTER E. HANLEY, JR. Kenyon & Kenyon, LLP, of New York, New York, argued defendants-appellees. With him on the brief were JOHN FLOCK, MEGAN WHYMAN OLESEK, and BRETT N. WATKINS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 10, 2012             /s/ Jan Horbaly
Date                         Jan Horbaly
                             Clerk